UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON WADE JENKINS,

      Petitioner,

v.                                           Case No: 2:17-cv-106-FtM-38MRM

STATE OF FLORIDA and FLORIDA
ATTORNEY GENERAL,

      Respondents.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court on Petitioner, Jason Wade Jenkins' Motion to Dismiss (Doc. #18) filed on September 25, 2017. Petitioner acknowledges that his state court remedies have not been exhausted and now moves the Court to voluntarily dismiss his petition without prejudice.

Before a district court can grant habeas relief to a state prisoner under 28 U.S.C. § 2254, the petitioner must exhaust all state court remedies that are available for challenging his conviction, either on direct appeal or in a state post-conviction motion. *See* 28 U.S.C. § 2254(b)(1)(A); *O'Sullivan v. Boerckel,* 526 U.S. 838, 842 (1999) ("[T]he state prisoner must give the state courts an opportunity to act on his claims before he

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

presents those claims to a federal court in a habeas petition."). Since Petitioner acknowledges that his state court remedies have not been exhausted, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Petitioner, Jason Wade Jenkins' Motion to Dismiss ([Doc. #18](Doc. #18)) is **GRANTED**. The Petition is hereby **DISMISSED without prejudice**. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Jason Wade Jenkins
All Counsel of Record
SA: FtMP-2